**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**WORCESTER DIVISION**

**CIVIL ACTION NO.:**

| | |
|---|---|
| **JANET NOONAN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **UNUM PROVIDENT** | ) |
| | ) |
| **Defendant.** | ) |

### PLAINTIFF'S MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE

NOW COMES THE Plaintiff, by and through his attorney, Michael James Kelley, and motions the Court to dismiss her Compliant filed against the Defendant on November 16, 2004 without prejudice.

The Defendant agreed pursuant to a class action suit to re-evaluate the Plaintiff's application for long term disability benefits along with all other similarly situation persons, after the filing of this suit but before service of the Complaint was completed.

Therefore, as there no longer remains an issue for the Court to review, the Plaintiff requests her Complaint be dismissed.

Date: November 15, 2004

Respectfully submitted,
Plaintiff
By her Attorney

Michael James Kelley, Esq.
44 School Street
Boston, MA  02108
617/ 523-1450
BBO# 567329